ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
APR 16 2007
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MARVIN SMITH § § Plaintiff, § § VS. § DALLAS COUNTY JAIL SYSTEM, § ET AL. § § Defendants. § | NO. 3-07-CV-0278-B |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

SO ORDERED this 16th day of April, 2007.

UNITED STATES DISTRICT JUDGE